UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ANDREW BERKOWITZ,

                Plaintiff,

    -against-

ADOMNI, INC. & JONATHAN GUDAI,

                Defendants.
------------------------------------------------------------------X

1/27/2025

24-CV-7208 (VSB) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    The parties are directed to file a joint letter by no later than **Monday, March 31, 2025,** providing the Court an update on the status of the case. The letter should detail the progress of the mediation, the anticipated next steps in the upcoming month, and any disputes that have arisen. **SO ORDERED.**

DATED:    New York, New York
                January 27, 2025

                                                                                     _____
                                                                                    VALERIE FIGUEREDO
                                                                                    United States Magistrate Judge